No. 81–6484. MATTHEWS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–6492. MARSHALL *v.* UNITED STATES STEEL CORP. C. A. 7th Cir. Certiorari denied.

No. 81–6493. KREPS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 81–6499. KOSTANTAS, ADMINISTRATRIX *v.* EXXON Co., U.S.A. C. A. 5th Cir. Certiorari denied.

No. 81–6500. BROCK *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 81–6502. POLK *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 81–6503. WILSON *v.* JAGO ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–6505. SWAIN *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 81–6506. GRIJALVA *v.* WEST, DIRECTOR, CALIFORNIA YOUTH AUTHORITY. C. A. 9th Cir. Certiorari denied.

No. 81–6509. OLSON *v.* GREEN, CHAIRMAN, MINNESOTA BOARD OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–6513. GREEN *v.* WHITE, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN. C. A. 8th Cir. Certiorari denied.